# Synopsis

| | |
|---|---|
| **Name:** | **Terry Liu** |
| **Address:**<br>**(City & State Only)** | **Calais, Maine** |
| **Year of Birth and Age:** | **1987; 39** |
| **Violations:** | **Count 1:** Theft of Government Property, 18 U.S.C. § 641<br>**Count 2:** Destruction of Government Property, 18 U.S.C. 1361 |
| **Penalties:** | **Count 1:** Not more than 10 years in prison, a fine of not more than $250,000, or prison and a fine; 18 U.S.C. § 641<br>**Count 2:** Not more than 10 years in prison, a fine of not more than $250,000, or prison and a fine; 18 U.S.C. § 1361 |
| **Supervised Release:** | **Counts 1&2:** Not More than 3 years; 18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1&2:** Not more than 2 years; 18 U.S.C. § 3583(e) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1&2:** Not more than 3 years; 18 U.S.C. § 3583(h) |
| **Defendant's Attorney:** | **Phil Nolan, Esq.** |
| **Primary Investigative Agency and Case Agent Name:** | **FBI, Christopher White** |
| **Detention Status:** | **In custody** |
| **Foreign National:** | **No** |
| **Foreign Consular Notification Provided:** | **N/A** |
| **County:** | **Washington** |
| **AUSA:** | **Ruge** |
| **Guidelines apply? Y/N** | **Y** |
| **Victim Case:** | **Y** |

| | |
|---|---|
| **Corporate Victims Owed Restitution? Y/N** | **N** |
| **Assessments:** | **$100 per count; 18 U.S.C. 3013** |
| **Forfeiture? Y/N** | **N** |